UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:16-bk-07464-RAC
  Chapter 7

Lanny Todd Abshier
Diana Lynn Abshier,

        Debtors.
and

JPMorgan Chase Bank, N.A.,

        Garnishee.
_____/

**PROOF OF SERVICE**

I certify that the attached Writ of Garnishment was served on July 19, 2017 by first class <u>certified</u> United States mail, postage prepaid, to the Garnishee, JPMorgan Chase Bank, N.A., Attn: Jamie Dimon, President, 270 Park Avenue, New York, NY 10017, and received by the Garnishee on July 24, 2017, as documented by the attached certified mail and delivery receipt.

    /s/ David R. McFarlin
David R. McFarlin
Florida Bar No. 328855
Fisher Rushmer, P.A.
390 N. Orange Avenue, Suite 2200
Post Office Box 3753
Orlando, FL 32801
Telephone (407) 843-2111
Facsimile (407) 422-1080
dmcfarlin@fisherlawfirm.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 6:16-bk-07464-RAC
                                                                    Chapter 7
Lanny Todd Abshier
Diana Lynn Abshier,

          Debtors,
and

JPMorgan Chase Bank, N.A.,

          Garnishee.
_____/

## WRIT OF GARNISHMENT

To the United States Marshal for the Middle District of Florida:

YOU ARE COMMANDED to summon the Garnishee, **JPMorgan Chase Bank, N.A.**, whose address is: **CT Corporation System, as Registered Agent of JPMorgan Chase Bank, N.A., 1200 S. Pine Island Road, Plantation, Florida 33324**, to serve an answer to this Writ on **David R. McFarlin**, Debtor's attorney, whose address is: **Fisher Rushmer, P.A., 390 North Orange Avenue, Suite 2200, Orlando, Florida 32801**, within **twenty (20) days** after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Judgment Debtors, **Jeffrey Kahn or iKAHN Capital LLC**, at the time of the answer or was indebted at the time of service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtors the Garnishee is in possession or control of at the time of the answer or had at the time of service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Judgment Debtors or who may be in possession or control of any of the property of the Judgment Debtors. The amount set in Debtor's motion is $21,511.58, plus statutory interest and the costs of this proceeding.

Dated on 7/18/17

                                                    Sheryl L. Loesch
                                                    As Clerk of the Court

                                                    By: _____
                                                    As Deputy Clerk



**UNITED STATES POSTAL SERVICE**

Date: July 24, 2017

Michelle Bretana:

The following is in response to your July 21, 2017 request for delivery information on your Certified Mail™/RRE item number 9214896900999790140899 6152. The delivery record shows that this item was delivered on July 24, 2017 at 1:06 pm in NEW YORK, NY  10017.  There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service