UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Lanny Todd Abshier
Diana Lynn Abshier,

        Debtors.

and

JPMorgan Chase Bank, N.A.,

        Garnishee.
_____/

Case No. 6:16-bk-07464-RAC
Chapter 7

## CERTIFICATE OF SERVICE

I certify that on July 24, 2017, true and correct copies of: (1) (a) Debtor's Motion, Under Seal, for Issuance of Writ of Garnishment to Garnishee; and (b) Writ of Garnishment, were served by first class U.S. mail, postage prepaid, to: iKAHN Capital LLC, Attn: Jeffrey Kahn, Registered Agent, 1417 E. 12th St., Brooklyn, NY 11230; and (2) (a) Debtor's Motion, Under Seal, for Issuance of Writ of Garnishment to Garnishee; (b) Writ of Garnishment; and (c) Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property, were served by first class U.S. mail, postage prepaid, to Jeffrey Kahn, 1417 E. 12th St., Brooklyn, NY 11230, and by email to Justin M. Luna, Esquire, jluna@lseblaw.com.

      /s/ David R. McFarlin
      David R. McFarlin
      Florida Bar No. 328855
      Fisher Rushmer, P.A.
      390 N. Orange Avenue, Suite 2200
      Post Office Box 3753
      Orlando, FL 32801
      Telephone (407) 843-2111
      Facsimile (407) 422-1080
      dmcfarlin@fisherlawfirm.com
      Attorneys for Debtors